FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2016 MAY -5 PM 1:31

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| KOICHI NISHIO<br>*Plaintiff* | § <br> § <br> § | |
| v. | § <br> § | Case No. 1:15-CV-00763-SS |
| JAMES R. GATLIN A/K/A JIM GATLIN<br>*Defendant* | § <br> § <br> § | |
| v. | § <br> § | |
| GEN SHIBAYAMA<br>*Third-Party Defendant* | § <br> § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

The Court, having reviewed the parties' Joint Motion to Dismiss with Prejudice (the "Motion") and stipulation of the parties, finds that the Motion should be GRANTED. Accordingly, it is,

ORDERED that all claims asserted by and between the parties are DISMISSED with prejudice; it is further

ORDERED that each party shall bear its respective fees and costs incurred herein.

ORDERED that this case be closed.

SIGNED, ___May 4_____, 2016

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Peter C. Ruggero
Peter C. Ruggero
State Bar No. 24044376
RUGGERO LAW FIRM PC
1411 West Ave, Ste. 200
Austin, Texas 78701
Telephone: 512.473.8676
Fax: 512.852.4407
peter@ruggerolaw.com
**ATTORNEY FOR PLAINTIFF
KOICHI NISHIO**

/s/ Kemp Gorthey
Kemp Gorthey
State Bar No. 08221275
THE GORTHEY LAW FIRM
604 W. 12th St.
Austin, TX 78701
Telephone: 512.236.8007
Fax: 512.479.6417
kemp@gortheylaw.com
**ATTORNEY FOR DEFENDANT JAMES
R. GATLIN A/K/A JIM GATLIN**

/s/ Christopher B. Keller
Christopher B. Keller
Texas Bar No. 11196950
1411 West Ave., Ste. 100
Austin, TX 78701
Telephone: 512.371.0609
Facsimile: 512.371.7935
cbkellerlaw@sbcglobal.net
**ATTORNEY FOR THIRD-PARTY
DEFENDANT GEN SHIBAYAMA**